UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P MCDERMOTT,<br><br>               Plaintiff,<br><br>    v.<br><br>JOHN P POTTER,<br><br>               Defendant. | CASE NO. C13-2011-MJP<br><br>ORDER GRANTING MOTION TO AMEND |

This matter comes before the Court on Plaintiff's unopposed motion to amend his complaint. (Dkt. No. 4.)   In accordance with Federal Rule of Civil Procedure 15(a), Plaintiff's unopposed motion for leave to amend his complaint is GRANTED. (Dkt. No. 4.) The clerk is ordered to provide copies of this order to all counsel.

Dated this 18th day of December, 2013.

*Marsha J. Pechman*
Marsha J. Pechman
Chief United States District Judge

ORDER GRANTING MOTION TO AMEND- 1