|  |  |
|---|---|
|  | Chief Judge Marsha J. Pechman |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P. McDERMOTT,<br><br>Plaintiff,<br><br>v.<br><br>JOHN P. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, et al.,<br><br>Defendant. | CASE NO.  2:13cv2011-MJP<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

The United States will continue to be represented by the Office of the United States Attorney for the Western District of Washington.  After today, attorney Kristin Berger Johnson should be removed as attorney of record.  Assistant United States Attorney Marion J. Mittet will replace her as counsel of record for this case.

Service of all further process, pleadings, notices, documents or other papers for this matter, exclusive of original process, may be made upon the following in accordance with the applicable rules.

NOTICE OF WITHDRAWAL OF COUNSEL
2:13cv2011-MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | Marion J. Mittet |
| 2 | Assistant United States Attorney |
|   | 5220 United States Courthouse |
| 3 | 700 Stewart Street |
| 4 | Seattle, WA 98101-1271 |
|   | Telephone:  (206) 553-7970 |
| 5 | Fax:  (206) 553-4073 |
| 6 | E-mail:  Jamie.mittet@usdoj.gov |

DATED this 31st day of January, 2014.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

s/  Marion J. Mittet
MARION J. MITTET, WSBA #12758
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-7970
Fax:  (206) 553-4073
E-mail:  Jamie.mittet@usdoj.gov

NOTICE OF WITHDRAWAL OF COUNSEL
2:13cv2011-MJP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on January 31, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

-0-

I further certify that on January 31, 2014, I mailed by United States Postal Service the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

Lance P. McDermott
Pro Se
1819 So 104 St.
Seattle, WA 98168
PH:     (206) 763-6268

Dated this 31st day of January, 2014.

s/ Sharon P. Gore
SHARON P. GORE, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-7970
Fax:  (206) 553-4067
E-mail:  sharon.gore@usdoj.gov

NOTICE OF WITHDRAWAL OF COUNSEL
2:13cv2011-MJP - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970