# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LANCE P MCDERMOTT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN P POTTER, et al.,<br><br>　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C13-2011-MJP |
|---|---|

___　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiffs' Complaint is dismissed.

Dated September 11, 2014.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Mary Duett
　　　　　　　　　　　　　　　　　　　　Deputy Clerk