FILED

AUG 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LANCE McDERMOTT,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>JOHN POTTER, Postmaster General, United States Postal Service,<br><br>        Defendant - Appellee. | No. 14-36017<br><br>D.C. No. 2:13-cv-02011-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

Before: HAWKINS, WARDLAW, and HURWITZ, Circuit Judges.

A review of the record, appellee's motion for summary affirmance and the opposition thereto, and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, appellee's motion for summary affirmance is granted.

**AFFIRMED.**

LSC/MOATT